UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EGHOMWARE IGBINOVIA, | ) |
| Plaintiff, | ) Case No. 2:07-cv-01170-GMN-GWF |
| vs. | ) **ORDER** |
| CATHOLIC HEALTHCARE WEST, et al., | ) |
| Defendants. | ) |

This matter is before the court on Plaintiff's Emergency Motion to Continue Pretrial Settlement Conference or Alternatively for An Exception to the Attendance Requirement (#91), filed September 27, 2011; Defendants Catholic Healthcare West and St. Rose Dominican Hospitals - Siena Campus' Opposition to Plaintiff's Emergency Motion (#93), filed September 30, 2011; and Plaintiff's Reply in Support of Emergency Motion (#94), filed October 1, 2011.  Plaintiff requests the settlement conference currently set for October 12, 2011 be continued for two weeks as Plaintiff is out of the country on the scheduled date due to his father's illness. Upon review and consideration,

**IT IS ORDERED** that Plaintiff's Emergency Motion to Continue Pretrial Settlement Conference or Alternatively for An Exception to the Attendance Requirement (#91) is **granted**.  The settlement conference is rescheduled for **Tuesday, November 1, 2011 to begin at 9:00 a.m. in the chambers of the undersigned.**  The settlement conference statements shall be received in my chambers - Room 3099 - not later than **October 25, 2011.**

DATED this 3rd day of October, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge