ALVERSON, TAYLOR,
MORTENSEN & SANDERS
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
SHIRLEY BLAZICH, ESQ.
Nevada Bar No. 008378
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
(702) 384-7000
Attorneys for Defendants
CATHOLIC HEALTHCARE WEST; and
ST. ROSE DOMINICAN HOSPITALS-
SIENA CAMPUS

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EGHOMWARE IGBINOVIA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO.: 2:07-CV-01170-GMN-GWF |
| CATHOLIC HEALTHCARE WEST; ST. ROSE DOMINICAN HOSPITALS-SIENA CAMPUS; DOES I through V, and ROE CORPORATIONS I through V, | ) |
| Defendants. | ) |

### JUDGMENT ON ORDER AWARDING COSTS

This Court, having issued its Order (Document #89) granting in part and denying in part Defendants CATHOLIC HEALTHCARE WEST and ST. ROSE DOMINICAN HOSPITAL – SIENA CAMPUS's Amended Motion for Attorney's Fees and Costs (Document #80) against Plaintiff EGHOMWARE IGBINVOAI, and having awarded Defendants herein $1,448.39 in costs of suit; hereby orders as follows:

IT IS ORDERED AND ADJUDGED that Judgment be entered against Plaintiff and in favor

1

LS#16896

of Defendants' CATHOLIC HEALTHCARE WEST and ST. ROSE DOMINICAN HOSPITAL – SIENA CAMPUS, in the amount of $1,448.39 in costs.

**DATED** this 29th day of December, 2011.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

ALVERSON, TAYLOR, MORTENSEN & SANDERS

By _____
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
SHIRLEY BLAZICH, ESQ.
Nevada Bar No. 008378
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
(702) 384-7000
Attorneys for Defendant
CATHOLIC HEALTHCARE WEST; and
ST. ROSE DOMINICAN HOSPITALS-
SIENA CAMPUS

n:\leann.grp\cases\16896\pleadings\judgment on order for costs.doc