UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| EGHOMWARE IGBINOVIA, | ) | Case No.: 2:07-cv-1170-GMN-GWF |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| CATHOLIC HEALTHCARE WEST; ST. ROSE DOMINICAN HOSPITALS-SIENA CAMPUS; JASON GLICK, individually; DOES I through V, and ROE CORPORATIONS I through V, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is Plaintiff Eghomware Igbinovia's Motion to Clarify, Reconsider, Alter, or Amend this Court's Order dated 9/15/11(Doc. 89) and 12/07/10 (Doc 77) (ECF No. 96). Defendants Catholic Healthcare West; St. Rose Dominican Hospitals-Siena Campus and Jason Glick filed a Response (ECF No. 97) and Plaintiff filed a Reply (ECF No. 99).

The Court finds that Judge Jones never actually, specifically, or effectively excluded evidence regarding Plaintiff's Title VII claims for general damages or equitable relief in his March 4, 2010 Order granting partial summary judgment in favor of Defendants. (*See* 3/4/2010 Order, ECF No. 61). This Court was mistaken in its statements made in its 9/15/2011 and 12/07/10 Orders. Accordingly, the Court hereby amends the language in those Orders as follows:

- **9/15/2011 Order (ECF No. 89, 2:13–16):**
  "Partial summary judgment has been granted in favor of Defendants (ECF No. 61), and the only remaining issue for trial is whether or not Plaintiff is entitled to a punitive damages award…" **IS AMENDED TO STATE:** "Partial summary judgment has been granted in favor of Defendants (ECF No. 61) and the only remaining issue for trial is

1

whether or not Plaintiff is entitled to compensatory (or general damages), punitive damages or equitable relief..."

- **9/15/2011 Order (ECF No. 89, 2:23–24):**
"Given that the only remaining claim is for punitive damages, which is derivative to the claims…" **IS AMENDED TO STATE:** "Given that the only remaining claims are derivative to the claims. . ."

- **12/7/10 Order (ECF No. 77, 5:13–14):**
"The only remaining claim before this Court is for punitive damages for a violation of Title VII." **IS AMENDED TO STATE:** "The only remaining claims before this Court are for compensatory (or general damages), punitive damages and equitable relief for a violation of Title VII."

**IT IS HEREBY ORDERED** that Plaintiff Eghomware Igbinovia's Motion to Clarify, Reconsider, Alter, or Amend this Court's Order dated 9/15/11(Doc. 89) and 12/07/10 (Doc 77) (ECF No. 96) is **GRANTED**.

DATED this 29th day of December, 2011.

_____
Gloria M. Navarro
United States District Judge