ALVERSON, TAYLOR,
MORTENSEN & SANDERS
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
SHIRLEY BLAZICH, ESQ.
Nevada Bar No. 008378
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
(702) 384-7000
Attorneys for Defendants
CATHOLIC HEALTHCARE WEST; and
ST. ROSE DOMINICAN HOSPITALS-
SIENA CAMPUS

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

EGHOMWARE IGBINOVIA,

   Plaintiff,

vs.

CATHOLIC HEALTHCARE WEST; ST. ROSE
DOMINICAN HOSPITALS-SIENA CAMPUS;
DOES I through V,
and ROE CORPORATIONS I through V,

   Defendants.

CASE NO.: 2:07-CV-01170-GMN-GWF

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff, EGHOMWARE IGBINOVIA (hereinafter "Plaintiff or Mr. Igbinovia"), by and through his attorney, DAN WINDER, ESQ., of the LAW OFFICE OF DAN WINDER, and Defendants CATHOLIC HEALTHCARE WEST and ST. ROSE DOMINICAN HOSPITAL – SIENA CAMPUS (hereinafter collectively "Defendants"), by and through their attorney SHIRLEY BLAZICH, ESQ., of the law firm ALVERSON, TAYLOR, MORTENSEN, & SANDERS; hereby stipulate and agree to voluntarily dismiss the above referenced lawsuit in its entirety, with prejudice, with all parties to bear their own attorney's fees and costs, and hereby jointly move this Honorable

Court for an Order of dismissal, with prejudice.

DATED this __8__ day of ~~December~~ Jan, 2012, 2011.     DATED this __20__ day of ~~December~~ January, 20~~11~~12.

LAW OFFICE OF DAN WINDER

By: _____/s/ D. Winder/_____
DAN M. WINDER, ESQ
Nevada Bar No. 001569
3507 W. Charleston Boulevard
Las Vegas, Nevada 89102
Attorneys for Plaintiff,
EGHOMWARE IGBINOVIA

ALVERSON, TAYLOR,
MORTENSEN, & SANDERS

By: _____/s/ Leann Sanders/_____
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
SHIRLEY BLAZICH, ESQ.
Nevada Bar No. 008378
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
Attorneys for Defendant,
CATHOLIC HEALTHCARE WEST; and
ST. ROSE DOMINICAN HOSPITALS-
SIENA CAMPUS

## ORDER

IT IS SO ORDERED that this matter be dismissed, with prejudice, the parties each to bear their own attorney's fees and costs.

**DATED** this 20th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge

Submitted by:
ALVERSON, TAYLOR, MORTENSEN & SANDERS

By _____/s/ Leann Sanders/_____
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
SHIRLEY BLAZICH, ESQ.
Nevada Bar No. 008378
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
Attorneys for Defendant
CATHOLIC HEALTHCARE WEST; and
ST. ROSE DOMINICAN HOSPITALS-
SIENA CAMPUS

n:\leann.grp\cases\16896\pleadings\stipulation and order for dismissal.doc